THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARPREET GILL, | CASE NO. C17-0858-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT J. HALLMAN, and KOCH TRUCKING, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and related case management dates (Dkt. No. 10). Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 10). Trial in this case is continued to February 4, 2019. In accordance with the new trial date, the Court ENTERS to following case management dates.

| Event | Date |
|---|---|
| Pleading/Amendment/Third Party Action Cutoff | May 4, 2018 |
| Discovery Cutoff | October 5, 2018 |
| Dispositive Motions Cutoff | November 5, 2018 |
| Rule 39.1 Mediation Completed | December 7, 2018 |

MINUTE ORDER
C17-0858-JCC
PAGE - 1

| | |
|---|---|
| Proposed Pretrial Order | January 25, 2019 |
| Trial Briefs/Proposed Voir Dire/Jury Instructions | January 28, 2019 |
| Jury Trial | February 4, 2019 |

DATED this 22nd day of January 2018.

        William M. McCool
        Clerk of Court

        s/Tomas Hernandez
        Deputy Clerk

MINUTE ORDER
C17-0858-JCC
PAGE - 2