THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARPREET GILL, | CASE NO. C17-0858-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT HALLMAN and KOCH TRUCKING, INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 19). The parties ask the Court to extend the currently scheduled discovery deadline of October 5, 2018 to November 6, 2018, for the purposes of conducting expert witness discovery. (*Id*.) Finding good cause, the Court GRANTS the parties' stipulated motion (Dkt. No. 19). The parties shall disclose expert witness testimony no later than October 5, 2018. All discovery shall be completed no later than November 6, 2018. This order does not affect any other case management dates.

//

//

1      DATED this 19th day of September 2018.

2                                      William M. McCool
                                       Clerk of Court

                                       s/Tomas Hernandez
                                       Deputy Clerk

MINUTE ORDER
C17-0858-JCC
PAGE - 2