THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARPREET GILL, | CASE NO. C17-0858-JCC |
|     Plaintiff, | MINUTE ORDER |
|   v. | |
| ROBERT HALLMAN and KOCH TRUCKING, INC., | |
|     Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' notice that the case has settled (Dkt. No. 21). The parties are ORDERED to file a stipulation and proposed order of dismissal within 45 days from the issuance of this order. The Clerk is DIRECTED to terminate all case management dates and close the case for statistical purposes only.

DATED this 26th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk